Form B1, p.1 (10/05)     Blumberg Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **Northern** District of **Illinois** | |

| Name of Debtor(if individual, enter Last, First, Middle):<br>Keetley, John Harlan | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Keetley, Cynthia A. |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): John Joseph Harlan Keetley | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 3224 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 9005 |
| Street Address of Debtor (No. & Street, City and State):<br>2415 Sunset Road<br><br>Hazel Crest IL     ZIP CODE 60429 | Street Address of Joint Debtor (No. & Street, City and State):<br>2415 Sunset Road<br><br>Hazel Crest IL     ZIP CODE 60429 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor (Form of Organization)**
(Check one box)

- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requsted below.)

State type of entity:

**Nature of Business**
(Check all applicable boxes)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. §501(c)(3).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 13
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (check one box)

- ☒ Consumer/Non-Business
- ☐ Business

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

THIS SPACE FOR COURT USE ONLY

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

 **Form B1, p.2 (10/05)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Keetley, John Harlan |

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

/s/ Lionel Hairston                              06/16/2006
Signature of Attorney for Debtor(s).                Date:

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☒ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we have requested a waiver of the requirements to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)
Venue (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:


Address of landlord:


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

 **Form B1, p.3 (10/05)**      **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Keetley, John Harlan<br>Keetley, Cynthia A. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X _/s/ John Harlan Keetley_
  Signature of Debtor

X _/s/ Cynthia A. Keetley_
  Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____ 06/16/2006
                               Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐    Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

(Printed Name of Foreign Representative)

_06/16/2006_
Date

| Signature of Attorney | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**Signature of Attorney**

X _/s/ Lionel Hairston_
  Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
Lionel Hairston   (ARDC # 1100610)
Firm Name
Lionel Hairston
Address
15000 Dorchester # 2 West
Dolton, Illinois 60419

Telephone Number
708 849 0745
Date 06/16/2006

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)

Address

X _____

Date 06/16/2006
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor(Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date 06/16/2006

Official Form B1, Exhibit C, 9-01    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT        Northern **DISTRICT OF** Illinois

In re: Keetley, John Harlan                    Debtor(s)    Case No.                (If known)
       Keetley, Cynthia A.

*EXHIBIT"C"  If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.*

**EXHIBIT "C" to Voluntary Petition**

1. Identify and briefly describe all real or personal property owned or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if neccessary):

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):



Form B6 SUM (10/05)          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT Northern          DISTRICT OF Illinois

In re: Keetley, John Harlan
      Keetley, Cynthia A.

Debtor(s)  Case No.
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 150000.00 | | |
| B - Personal Property | x | 5 | 18330.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 89775.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 4 | | 20048.00 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 4747.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 3429.00 |
| Total Number of Sheets of All Schedules | | 17 | | | |
| Total Assets | | | 168330.00 | | |
| Total Liabilities | | | | 109823.00 | |

Form B6, Summary (10/05)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**United States Bankruptcy Court**  Northern        **District Of**  Illinois

In re: Keetley, John Harlan          Debtor(s)    Case No.
       Keetley, Cynthia A.
                                                   Chapter  13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Government Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

**Form B6 A (10/05)**          **Blumberg**Excelsior.Inc.,Publisher.NYC 10013

In re:Keetley, John & Marilyn Cynthia A.                    Debtor(s) Case No.                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| single family residence located at 2415 Sunset Road, Hazel Crest, IL 60429 | fee simple subject to first mortgage | J | 80,000.00 | 63,000.00 |
| single family residence located at 1000 West 172nd Street, East Hazel Crest, IL 60429 | fee simple | H | 70,000.00 | 0.00 |
| | | Total -> | $150,000.00 | (Report also on Summary of Schedules) |

**Form B6 B (10/05)**                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Keetley, John Harlan            Debtor(s)    Case No.              (if known)
        Keetley, Cynthia A.

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | $180 | | 180.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | x | | | |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | miscelleaneous household goods | | 1,000.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | | wearing apparel | | 1,000.00 |
| 07 Furs and jewelry. | | jewelry | W | 300.00 |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total -> | | | | 2,480.00 |

_____ Continuation sheets attached

Form B6 B (10/05)   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
      Keetley, Cynthia A.

Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) | | | Total -> | 2,480.00 |

_____ Continuation sheets attached

**Form B6 B (10/05)**    BlumbergExcelsior. Inc., Publisher. NYC 10013

In re: Keetley, John Harlan
Keetley, Cynthia A.
                                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14  Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15  Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16  Accounts receivable. | x | | | |
| 17  Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19  Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    2,480.00

_____ Continuation sheets attached

Form B6 B (10/05)                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Keetley, John Harlan                    Debtor(s)     Case No.                    (if known)
        Keetley, Cynthia A.

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | | 2004 Chrysler Intrepid | | 6,975.00 |
| | | 2001 Dodge Ram 4 X 4 | | 8,875.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->

_____ Continuation sheets attached

| | 18,330.00 |
|---|---|

Form B6 B (10/05)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan                    Debtor(s)    Case No.                    (if known)
       Keetley, Cynthia A.

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->      18,330.00

_____ Continuation sheets attached

**Form B6 C (10/05)**   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
Keetley, Cynthia A.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box).

☐ 11 U.S.C. § 522(b)(1): Exceptions provided in U.S.C. § 522(d). Note:  These exceptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exceptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| single family residence located at 2415 Sunset Road, Hazel Crest, IL 60429 | 735 ILCS 5/12-901 Homestead | 30,000.00 | 80,000.00 |
| $180 | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 180.00 | 180.00 |
| 2004 Chrysler Intrepid | 735 ILCS 5/12-1001(c) Motor Vehicle | 1,200.00 | 6,975.00 |
| miscelleaneous household goods | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 1,000.00 | 1,000.00 |
| wearing apparel | 735 ILCS 5/12-1001(a) Wearing Apparel, Bible, School Books and Family Pictures | 1,000.00 | 1,000.00 |
| 2001 Dodge Ram 4 X 4 | 735 ILCS 5/12-1001(c) Motor Vehicle | 1,200.00 | 8,875.00 |
| jewelry | 735 ILCS 5/12-1001(b) Equity Interest in any Other Property | 300.00 | 300.00 |

Form B6 D W (12/03)          Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan                                    Debtor(s)    Case No.
       Keetley, Cynthia A.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | CUD* |
|---|---|---|---|---|---|---|---|
| A/C #  1001 | | W | VALUE $    6,975.00 | | 17,775.00 | 10,800.00 | |
| Capital One Auto Finance<br>3905 Dallas Parkway<br>Plano, TX 75093 | | | Date Opened May 2004<br>2004 Chrysler Intrepid | | | | |
| A/C #  6516 | X | H | VALUE $    8,875.00 | | 9,000.00 | 125.00 | |
| Chrysler Financial<br>P. O. Box 9223<br>Farmington Hills,MI 48333-<br>01 08 2005  800 688 9096 | | | Date of purchase  2002<br>2001 Dodge Ram 4 X 4 | | | | |
| A/C # | | W | VALUE $   80,000.00 | | 57,000.00 | | |
| Wachovia Bank, N. A.<br>C/O Jaros, Tittle & O'Tool<br>20 North Clark Street # 51<br>Chicago, IL 60602 | | | November 2001<br>first mortgage on residendce - forclosure filed | | | | |
| A/C # | | J | VALUE $ | | 6,000.00 | | |
| Wachovia Bank, N. A.<br>C/O Jaros, Tittle & O'Tool<br>20 North Clark Street # 51<br>Chicago, IL 60602 | | | 1st mortgage arrearages on residence of debtors | | | | |
| A/C # | | | VALUE $ | | | | |
| | | | | | | | |
| A/C # | | | VALUE $ | | | | |
| | | | | | | | |
| A/C # | | | VALUE $ | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Subtotal -><br>(Total of this page) | 89,775.00 | |
| Total -> | 89,775.00 | |

_____    Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)



Form B6 E (10/05)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan                                    Debtor(s)   Case No.                        (if known)
Keetley, Cynthia A.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4925 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4925 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐  **Deposits by individuals**
Claims of individuals up to a maximum of $2225 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐  **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(8)

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | Subtotal -> (Total of this page) |  |  |  |
|  |  |  | Total -> |  |  |  |

   x   Continuation Sheets attached.

(Report total also on Summary of Schedules)
(use only on last page of the completed Schedule E.)

**Form B6 F (10/05)**

**Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
Keetley, Cynthia A.

Debtor(s)        Case No.        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 4599 Advocate So Suburban Hosp 22091 Network Place Chicago, IL 60673-1220 | | W | medical services for Cynthia Keetley | | 550.00 |
| 6213 Advocate So Suburban Hosp 22091 Network Place Chicago, IL 60673-1220 | | W | medical services for Cynthia Keetley | | 230.00 |
| 1674 Bank of America C/O Leading Edge Recovery 8550 West Bryn Mawr # 350 Chicago, IL 60631-3221 | | W | Account Opened May 2002 Visa Account | | 4,862.00 |
| 7867 Charter One Bank C/O Leading Edge Recovery 8550 West Bryn Mawr # 350 Chicago, IL 60631 | | H | NSF Check | | 1,157.00 |
| 6155 Dhrvlata Shah Md Sc C/O Van Ru Credit Corp 1350 E. Toughy Ave # 100E Des Plaines, IL 60018-330 | | H | medical services for Cynthia Keetley | | 11.00 |
| 3699 Great Seneca Financial Co C/O Friedman & Wexler, LL 500 West Madison # 2910 Chicago, IL 60661-2587 | | H | Mastercard Account formerly Centurion Direct Merchants | | 5,045.00 |

X _____ continuation sheets attached.

| | | |
|---|---|---|
| Subtotal | $ | 11,855.00 |
| Total (use only on last page of the completed Schedule F.) | $ | 11,855.00 |

(Report total also on Summary of Schedules)

**Form B6 F (10/05)**

**Blumberg**Excelsior, Inc . Publisher, NYC 10013

In re: Keetley, John Harlan
        Keetley, Cynthia A.

Debtor(s)        Case No.        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 0210<br>Keshava Murthy, M. D.<br>2555 West Lincoln Hwy # 2<br>Olympia Fields, IL 60461 | | J | medical services | | 70.00 |
| 0211<br>Keshava Murthy, M. D.<br>2555 West Lincoln Hwy # 2<br>Olympia Fields, IL 60461 | | J | medical services for Christopher Keetley on July 28 2004 and September 24, 2004 | | 6.00 |
| 8695<br>LVNV Funding, LLC<br>C/O Allied Interstate<br>3000 Corporate Exchange D<br>5th Floor<br>Columbus, OH 43231 | | W | Account opened April 2005 Original Creditor - Sears - Citi Sears | | 1,211.00 |
| 4230<br>Midland Funding, LLC<br>C/O Blatt, Hasenmiller<br>Liebsker & Moore, LLC<br>125 South Wacker # 400<br>Chicago, IL 60606-4440 | | W | formerly  Aspire Visa | | 2,637.00 |
| 1879<br>Radiology Center, S. C.<br>C/O Medical Collections S<br>725 South Wells # 500<br>Chicago, IL 60607 | | W | medical services for Christopher Keetley | | 14.00 |
| 6167<br>South Suburban Hospital<br>C/O ICS Collection Servic<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | W | medical services for Nicholas J. Keetley | | 466.00 |

X̲ ____ continuation sheets attached.

Subtotal $ 4,404.00

Total $ 16,259.00
(use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6 F (10/05)                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
       Keetley, Cynthia A.                          Debtor(s)      Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 7903<br>South Suburban Hospital<br>C/O ICS Collection Servic<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | W | medical services for Christopher R. Keetley on October 2, 2005 | | 404.00 |
| 4429<br>South Suburban Hospital<br>C/O ICS Collection Servic<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | W | Medical Services for Christopher R. Keetley on January 13, 2003 | | 777.00 |
| 8827<br>South Suburban Hospital<br>C/O ICS Collection Servic<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | W | Medical Services for Christopher R. Keetley on March 3, 2004 | | 1,253.00 |
| 3206<br>South Suburban Hospital<br>C/O ICS Collection Servic<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | W | medical services for Cynthia A. Keetley | | 83.00 |
| 3206<br>South Suburban Hospital<br>C/O ICS Collection Servic<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | W | medical services on September 8, 2004 for Cynthia A. Keetley | | 83.00 |
| 2301<br>South Suburban Hospital<br>C/O ICS Collection Servic<br>P. O. Box 646<br>Oak Lawn, IL 60454-0646 | | W | medical services for Cynthia A. Keetley | | 87.00 |

X
____ continuation sheets attached.

Subtotal $ 2,687.00

Total $ 18,946.00
(use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6 F (10/05)    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
Keetley, Cynthia A.
                                                    Debtor(s)       Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 8183 <br> Suburban Emergency Physic <br> C/O Diversified Collectio <br> 3701 S. Lindbergh Blvd. # <br> St. Louis, MO 63127 | | W | medical services for Nicholas Keetley | | 37.00 |
| 5501 <br> Suburban Emergency Physic <br> P. O. Box 2729 <br> Carol Stream, IL 60132-00 | | W | 10 02 2005 medical services for Christopher R. Keetley | | 98.00 |
| 6575 <br> The Community Hospital <br> 16240 Louis Avenue <br> South Holland, IL 60473-2 | | W | medical services | | 76.00 |
| 6574 <br> The Community Hospital <br> 16240 Louis Avenue <br> South Holland, IL 60473-2 | | W | medical services for John Keetley | | 105.00 |
| 5039 <br> U. S. Cellular <br> C/O Valentine & Kabartas <br> P. O. Box 325 <br> Lawrence, MA 01842 | | W | cellular phone service | | 786.00 |
| | | | | | |

———— continuation sheets attached.

Subtotal $ 1,102.00

Total $ 20,048.00
(use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

 **Form B6 G (10/05)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan                    Debtor(s)  Case No.                    (if known)
       Keetley, Cynthia A.

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[x] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

 **Form B6 H (10/05)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:    Keetley, John Harlan                    Debtor(s)  Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Norma  Keetley<br>this debtor is deceased | 6516<br>Chrysler Financial<br>P. O. Box 9223<br>Farmington Hills,MI 48333-9223<br>01 08 2005   800 688 9096 |

Form B6 I (10/05)                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
      Keetley, Cynthia A.                          Debtor(s) Case No.           (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status | RELATIONSHIP | AGE |
| married | Nicholas Keetley | 20 |
| | Christopher Keetley | 16 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer | truck driver<br>State of Illinois | factory worker<br>Robert's Colonial House |
| How long employed | 29 years | 28 years |
| Address of Employer | Comptroller - Withholding Agent<br>325 West Adams Street<br>Springfield, IL 62704-1871 | 15960 Suntone Drive<br>South Holland, ILO 60473 |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.) | 5840.00 | 1423.00 |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | 5840.00 | 1423.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 1210.00 | 266.00 |
| b. Insurance | 263.00 | |
| c. Union dues | 65.00 | |
| d. Other (Specify) | | |
| Retirement | 460.00 | |
| Medicare Tax | | 21.00 |
| 401 K A ($80) 401 K L ($146) | | 231.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1998.00 | $ 518.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3842.00 | $ 905.00 |
| 7. Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | | |
| 8. Income from real property | | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| 11. Social security or other government assistance (Specify) | | |
| 12. Pension or retirement income | | |
| 13. Other monthly income (Specify) | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. TOTAL MONTHLY INCOME | $ 3842.00 | $ 905.00 |
| 16. TOTAL COMBINED MONTHLY INCOME $ 4747.00 | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Form B6 J (10/05)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan                    Debtor(s) Case No.                    (if known)
Keetley, Cynthia A.

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 745.00 |
| a. Are real estate taxes included? ☒ Yes ☐ No    b. Is property insurance included? ☐ Yes ☒ No | | |
| 2. Utilities  Electricity and Heating Fuel | | 200.00 |
| b. Water and Sewer | | 47.00 |
| c. Telephone | | 300.00 |
| d. Other | | |
|     Charity paid via payroll | | 4.00 |
| 3. Home maintenance (repairs and upkeep) | | 100.00 |
| 4. Food | | 430.00 |
| 5. Clothing | | 100.00 |
| 6. Laundry and dry cleaning | | 40.00 |
| 7. Medical and dental expenses | | 100.00 |
| 8. Transportation (not including car payments) | | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | 215.00 |
| 10. Charitable contributions | | 190.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | 115.00 |
| b. Life | | |
| c. Health | | |
| d. Auto | | 285.00 |
| e. Other | | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | 158.00 |
| (Specify) 1000 W. 172nd St.,   E. Hazel Crest | | |
|     to go up as no senior exemption | | |
| 13. Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | |
| b. Other | | |
| 14. Alimony, maintenance, and support paid to others | | |
| 15. Payments for support of additional dependents not living at your home | | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | |
| 17. Other | | |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3429.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Total projected monthly income | | |
| b. Total projected monthly expenses | | |
| c. Excess income (a minus b) | | 0.00 |

 Form 7 Stmt of Financial Affairs (10/05)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
### Northern DISTRICT OF Illinois

In re:  Keetley, John Harlan
        Keetley, Cynthia A.

Debtor(s)  Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

NONE

☐ ☐  **01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 48508.00 | John J. Keetley<br>Tax Year 2005<br>State of Illinois<br>325 West Adams Street<br>Springfield, IL 62704 |
| 50626.00 | John J. Keetley<br>Tax Year 2004<br>State of Illinois<br>325 West Adams Street<br>Springfield, IL 62704 |
| 29015 | John J. Keetley<br>Tax Year 2003<br>State of Illinois<br>325 West Adams Street<br>Springfield, IL 62704 |

```
19565.00          Tax Year 2005
                  Cynthia Keetley
                  ADP Total Source II,  Inc.
                  10200 Sunset Drive
                  Miami, FL 33173


19518             Tax Year 2004
                  Cynthia Keetley
                  ADP Total Source II,  Inc.
                  10200 Sunset Drive
                  Miami, FL 33173


18710             Tax Year 2003
                  Cynthia Keetley
                  ADP Total Source II,  Inc.
                  10200 Sunset Drive
                  Miami, FL 33173
```

NONE
|X |   02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

   State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceeding the commencement of this case. Give particulars. If a joint petition is filed state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X |   03A PAYMENTS TO CREDITORS

   List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| |  04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Wachovia Bank vs John & Cynthia Keetley 2006 CH 06978 | forclosure case | Circuit Court of Cook County, Illinois | pending |

NONE
|X|  04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)



NONE
X

## 05 REPOSSESSIONS FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
X

## 07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

 NONE

**09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lionel Hairston<br>Attorney At Law<br>15000 Dorchester # 2 W<br>Dolton, IL 60419 | see schedule of fees | see schedule of fees |
| Family Service Assn. of Greater Elgin Area<br>22 South Spring Street<br>Elgin, IL 60120 | June 1, 2006 | $75 |

 NONE |X|

**10A OTHER TRANSFERS**

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

 NONE |X|

**10B OTHER TRANSFERS**

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE |X|

**11 CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

 **12 SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

 **13 SETOFFS**

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14 PROPERTY HELD FOR ANOTHER PERSON**

List all property owned by another person that the debtor holds or controls.

**15 PRIOR ADDRESS OF DEBTOR**

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed report also any separate address of either spouse.

**16 SPOUSES AND FORMER SPOUSES**

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

 **17A ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:

 **17B ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

 **17C ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

NONE

X **18A NATURE LOCATION AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

NONE
|X|    18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT      Northern **DISTRICT OF** Illinois

In re: Keetley, John Harlan
Keetley, Cynthia A.

Debtor(s)  Case No.            (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in contemplation of and in connection
        with this case                                              $        1880.00
    (b)  prior to filing this statement, debtor(s) have paid              $        1880.00
    (c)  the unpaid balance due and payable is                    $           0.00

(3)  $ 274.00                        of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.
    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated:                     Respectfully submitted,                  Attorney for Petitioner
06 16 06             /s/  Lionel Hairston             Lionel Hairston   (ARDC
Attorney's name and address
15000 Dorchester # 2 W, Dolton, IL 60419

3082W Chapter 13 Plan, (12-95)

**UNITED STATES BANKRUPTCY COURT** Northern            **DISTRICT OF** Illinois

In re: Keetley, John Harlan                    Debtor(s)    Case No.                    (if known)
Keetley, Cynthia A.

**CHAPTER 13 PLAN**

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)

1.  The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor -- debtor's employer shall pay to the trustee the sum of $500          (weekly - bi-weekly - semi-monthly - monthly) S          for a period of 60

2.  From the payments so received, the trustee shall make disbursements as follows:
    (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C § 507.

    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (c) Subsequent to — pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

3.  The following executory contracts of the debtor are rejected:

Title to the debtor's property shall revest in the debtor on confirmation of a plan--upon dismissal of the case after confirmation pursuant to 11 U.S.C.§350.

Dated: 06  16  06          _____          _____
                                              Debtor

Acceptances may be mailed to _____          _____
                                                                                                          Post Office Address

3092 - Verification of Creditor Matrix. 12/95   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

Northern **DISTRICT OF** Illinois

**In re:** Keetley, John Harlan
Keetley, Cynthia A.

Case No.

Debtor(s)

Chapter   13

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct
to the best of their knowledge.

Dated:  06 16 06

Debtor _____

Keetley, John Harlan

Debtor _____

Keetley, Cynthia A.

Unsworn Declaration SFA   (10/05)   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
Keetley, Cynthia A.                                Debtor(s) Case No.                    (if known)

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 06 16 06                            Signature /s/ John Harlan Keetley
                                                           Keetley, John Harlan

Date 06 16 06                            Signature /s/ Cynthia A. Keetley
                                                           Keetley, Cynthia A.

(if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number
                                                             (Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____        _____
  Signature of Bankruptcy Petition Preparer                  Date

  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____        (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date 06/16/2006                          Signature_____

                                                      (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and
3571.

 **Form B6 Cont. (10-05)**

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Keetley, John Harlan
Keetley, Cynthia A.

Debtor(s)   Case No.   (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___18___ sheets, and that they are true and correct to the best of my knowledge, information, and belief. (Total shown on summary page plus 1.)

Date 06 16 06   Signature /s/ John Harlan Keetley
                                                    Keetley, John Harlan   Debtor

Date 06 16 06   Signature /s/ Cynthia A. Keetley
                                                    Keetley, Cynthia A.   (Joint Debtor, if any)

*(If joint case, both spouses must sign.)*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*
Address:

X _____   _____
   Signature of Bankruptcy Petition Preparer   Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____   Signature _____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Advocate So Suburban Hospita
22091 Network Place
Chicago, IL 60673-1220

Bank of America
C/O Leading Edge Recovery
8550 West Bryn Mawr # 350
Chicago, IL 60631-3221

Capital One Auto Finance
3905 Dallas Parkway
Plano, TX 75093

Charter One Bank
C/O Leading Edge Recovery
8550 West Bryn Mawr # 350
Chicago, IL 60631

Chrysler Financial
P. O. Box 9223
Farmington Hills,MI 48333-92
01 08 2005   800 688 9096

Dhrvlata Shah Md Sc
C/O Van Ru Credit Corp
1350 E. Toughy Ave # 100E
Des Plaines, IL 60018-3303

Great Seneca Financial Corp
C/O Friedman & Wexler, LLC
500 West Madison # 2910
Chicago, IL 60661-2587

Keshava Murthy, M. D.
2555 West Lincoln Hwy # 205
Olympia Fields, IL 60461

Keshava Murthy, M. D.
2555 West Lincoln Hwy # 205
Olympia Fields, IL 60461

LVNV Funding, LLC
C/O Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231

Radiology Center, S. C.
C/O Medical Collections Syst
725 South Wells # 500
Chicago, IL 60607

South Suburban Hospital
C/O ICS Collection Service
P. O. Box 646
Oak Lawn, IL 60454-0646

South Suburban Hospital
C/O ICS Collection Service
P. O. Box 646
Oak Lawn, IL 60454-0646

South Suburban Hospital
C/O ICS Collection Service
P. O. Box 646
Oak Lawn, IL 60454-0646

South Suburban Hospital
C/O ICS Collection Service
P. O. Box 646
Oak Lawn, IL 60454-0646

South Suburban Hospital
C/O ICS Collection Service
P. O. Box 646
Oak Lawn, IL 60454-0646

South Suburban Hospital
C/O ICS Collection Service
P. O. Box 646
Oak Lawn, IL 60454-0646

Suburban Emergency Physician
C/O Diversified Collection
3701 S. Lindbergh Blvd. # 20
St. Louis, MO 63127

Suburban Emergency Physician
P. O. Box 2729
Carol Stream, IL 60132-0001

The Community Hospital
16240 Louis Avenue
South Holland, IL 60473-2274

The Community Hospital
16240 Louis Avenue
South Holland, IL 60473-2274

U. S. Cellular
C/O Valentine & Kabartas
P. O. Box 325
Lawrence, MA 01842

Wachovia Bank, N. A.
C/O Jaros, Tittle & O'Toole
20 North Clark Street # 510
Chicago, IL 60602

Wachovia Bank, N. A.
C/O Jaros, Tittle & O'Toole
20 North Clark Street # 510
Chicago, IL 60602