IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Keetley, John Harlan | Case Number: 06 B 07107 |
|---|---|---|
| | Keetley, Cynthia A | Judge: Wedoff, Eugene R |
| | Printed: 4/1/08 | Filed: 6/16/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: March 27, 2008
Confirmed: August 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 43,092.10 |  |
| Secured: |  | 31,390.32 |
| Unsecured: |  | 9,410.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,291.62 |
| Other Funds: |  | 0.00 |
| Totals: | 43,092.10 | 43,092.10 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lehman & Fox | Administrative | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 9,047.29 | 9,047.29 |
| 4. | Capital One Auto Finance | Secured | 19,978.03 | 19,978.03 |
| 5. | HomEq Servicing Corp | Secured | 6,000.00 | 2,365.00 |
| 6. | RoundUp Funding LLC | Unsecured | 1,164.97 | 1,164.91 |
| 7. | RoundUp Funding LLC | Unsecured | 5,044.15 | 5,043.91 |
| 8. | Jefferson Capital | Unsecured | 2,851.44 | 2,851.30 |
| 9. | ECast Settlement Corp | Unsecured | 350.06 | 350.04 |
| 10. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 11. | Dhrvlata Shah | Unsecured | | No Claim Filed |
| 12. | Charter One Bank | Unsecured | | No Claim Filed |
| 13. | Keshava Murthy | Unsecured | | No Claim Filed |
| 14. | Great Seneca | Unsecured | | No Claim Filed |
| 15. | Community Hospital | Unsecured | | No Claim Filed |
| 16. | Radiology Center SC | Unsecured | | No Claim Filed |
| 17. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 18. | U S Cellular | Unsecured | | No Claim Filed |
| 19. | LVNV Funding | Unsecured | | No Claim Filed |
| 20. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
|  |  |  | $ 44,435.94 | $ 40,800.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 282.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Keetley, John Harlan | Case Number: 06 B 07107 |
|---|---|---|
| | Keetley, Cynthia A | Judge: Wedoff, Eugene R |
| | Printed: 4/1/08 | Filed: 6/16/06 |

                          5.4%                        2,009.07
                                                      _____
                                                     $ 2,291.62

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

